Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Brent Denton

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| BRENT DENTON,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>  Defendant. | Case No.: 2:19-cv-01088-MCE-DB<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, and good cause appearing, Experian Information Solutions Inc., only, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 24, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE