William M. Huse, Esq.  (IN #31622-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRENT DENTON,<br>      Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and WELLS FARGO BANK, N.A.;<br>      Defendants. | CASE NO. 2:19-cv-01088-MCE-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Brent Denton, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-CV-01088-MCE-DB**

Respectfully submitted,

Date: February 20, 2020        */s/Joseph B. Angelo (w/ consent)*
Joseph B. Angelo, Esq.
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Boulevard, Suite 250
Roseville, CA 95747
Telephone: (916) 290-7778
Fax: (916) 721-2767
E-Mail: jangelo@gajplaw.com

*Counsel for Plaintiff Brent Denton*

Date: February 20, 2020        */s/William M. Huse*
William M. Huse, Esq. (IN #31622-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: whuse@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, all claims of Plaintiff Brent Denton against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Brent Denton and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 28, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE